```
 1 │ Edward R. Ulloa, Esq. (SBN 177909)
   │ eulloa@hpylaw.com
 2 │ Macy M. Chan, Esq. (SBN 245226)
   │ mchan@hpylaw.com
 3 │ Fred B. Lee, Esq. (SBN 279011)
   │ flee@hpylaw.com
 4 │ HAWKINS PARNELL & YOUNG LLP
   │ 445 South Figueroa, Suite 3200
 5 │ Los Angeles, California 90071-1651
   │ Telephone:    (213) 486-8000
 6 │ Facsimile:    (213) 486-8080
 7 │ Attorneys for Specially Appearing Defendant,
   │ SAMSUNG SDI CO. LTD.
 8 │
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| ROCKY TRAN, | Case No. 4:21-cv-03819-JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING SPECIALLY APPEARING DEFENDANT SAMSUNG SDI CO. LTD.'S MOTION TO DISMISS FOR 1) FAILURE TO PROSECUTE [RULE 41(B)], AND/ ~~OR~~ 2) FOR INSUFFICIENT SERVICE OF PROCESS [RULE 12(B)(5)] |
| vs. | |
| SAMSUNG SDI CO. LTD., SAMSUNG SDI AMERICA, INC., BREAZY, INC., d/b/a BREAZY.COM; and DOES 1-50 inclusive, and each of them, | |
| Defendants. | *[Filed concurrently with Notice of Motion and Motion; and Declaration of Fred B. Lee]* |
| | Date:         August 19, 2022<br>Time:         9:00 a.m.<br>Courtroom:    5 |
| | District Judge:   Hon. Jeffrey S. White |
| | Complaint Filed:  February 19, 2021<br>Trial Date:       None Set |

Specially Appearing Defendant Samsung SDI Co. Ltd.'s Motion to Dismiss the Complaint as to SDI Korea for 1) failure to prosecute under Rule 41(b), and/or 2) insufficient service under Rule 12(b)(5), ~~came on for hearing before this Court at 9:00 a.m., on August 19, 2022, in Courtroom 5, the Honorable Jeffrey S. White presiding~~.  Plaintiff Rocky Tran appeared through his counsel of record, Anna Dubrovsky Law Group, Inc.  Specially Appearing Defendant Samsung SDI Co. Ltd.

1

1  was represented by its counsel of record, Hawkins Parnell & Young LLP.

2  The Court has read, ~~heard,~~ and considered all the ~~oral and~~ written arguments and evidence

3  submitted by the parties both in support and opposition to the Motion.

4  **THE COURT HEREBY ORDERS:**

5  Specially Appearing Defendant Samsung SDI Co. Ltd.'s Motion to Dismiss for Failure to

6  Prosecute under Rule 41(b) is **GRANTED**.  AND

7  ~~Alternatively,~~ Specially Appearing Defendant Samsung SDI Co. Ltd.'s Motion to Dismiss

8  for Insufficient Service under Rule 12(b)(5) is **GRANTED**.

10  Dated: ____July 25____, 2022

       _____
       HON. JEFFREY S. WHITE
       UNITED STATES DISTRICT COURT JUDGE